UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-060 |
| v. | : | |
| | : | |
| DA'REESE MCCULLOUGH, | : | |
| VINSON GALES | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Louis Ramos, telephone number (202) 305-2195 and/or email address louis.ramos@usdoj.gov and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Louis Ramos
Assistant United States Attorney
Federal Major Crimes, Bar No. 472-476
555 4th Street, N.W., Room 4243
Washington, DC 20530
(202) 305-2195