UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States | * | |
| | * | CR07-000060 |
| | * | Judge Robertson |
| Vs. | * | Trial Date: 8/20/07 |
| | * | |
| | * | |
| Dareese McCullough | * | |
| | * | |

### Motion to Suppress Statements and Incorporated Memorandum of Points and Authorities

Dareese McCullough, through counsel, hereby requests that statements taken from him be suppressed in his case. In particular, there is a videotape of a statement given to the police after the arrest.

Statements taken while a person is in the custody of the police must be suppressed unless they are preceded by Miranda warnings. See Miranda v. Arizona, 384 U.S. 436 (1966); Rhode Island V. Innis, 446 U.S. 291 (1980). The inquiry should focus not just on any express questions, but whether the words or actions on the part of the police are likely to elicit an incriminating response from the defendant. Innis, at 301.

Even if the police comply with all requirements of Miranda, a statement is inadmissible if it was not voluntary. Arizona v. Fulminante, 499 U.S. 279, 288 (1991); See also United States v. Bernett, 161 U.S. App. D.C. 363, 368-70, F.2d 943, 948-50 (1974). Promises of leniency or threats of additional prosecution may constitute psychological "coercion." See In re D.L., 486 A.2d 1180, 1182 (D.C. 1985).

In this case, there is a videotaped statement and perhaps other statements prior to the videotaping. The police were accusatory in their comments to Ms. McCullough. The

promises of prosecution acted to overbear the will of Ms. McCullough and her statement was not "the product of an essentially free and unconstrained choice by its maker." See Culombe v. Connecticut 367 U.S. 568, 602 (1961). Such threats of prosecuting her made the statements on the video involuntary under these standards and therefore the statements ought to be suppressed.

                                                                                                                   Respectfully Submitted,

                                                                                                                    Paul D. Hunt
                                                                                                                    Attorney for Ms. McCullough
                                                                                                                    4614 Wissahican Ave.
                                                                                                                    Rockville, MD  20853
                                                                                                                    Phone:  301-565-0540
                                                                                                                    Fed. Bar #447182

## Certificate of Service

    I hereby certify that a copy of the foregoing pleading was mailed via first-class mail, postage prepaid on 6/15/07 to:

Mr. Ramos
Office of the United States Attorney
555 4th St., N.W.
Washington, DC 20530

_____

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States | * | |
| | * | CR07-000060 |
| | * | Judge Robertson |
| Vs. | * | Trial Date: 8/20/07 |
| | * | |
| | * | |
| Dareese McCullough | * | |
| | * | |

## ORDER

For the reasons indicated in the defense motion to suppress statements and any opposition thereto, it is hereby;

ORDERED

3) That the motion is Granted
4) That the statements that are the subject of the defense motion in this case are to be suppressed.

_____
U.S. District Judge

Copies to:

Paul D. Hunt
P.O. Box 1127
College Park, MD   20741

Mr. Ramos
Office of the United States Attorney
555 4th St., N.W.
Washington, DC   20530