UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **07-060 (JR)** |
| v. | : | VIOLATION: 21 U.S.C. §856(a)(2) |
| | : | (Unlawful Maintenance of a Premises to |
| **DA'REESE S. MCCULLOUGH,** | : | Manufacture, Distribute, Store and Use a |
| **Defendant.** | : | Controlled Substance) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about February 15, 2007, within the District of Columbia, **DA'REESE S. MCCULLOUGH**, as the owner, lessee, and agent of a building, room and enclosure, that is, xxxx Xxxx Xxxxx, XX, X, Xxxxxxxxxx, XX, did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Maintenance of a Premises to Manufacture, Distribute, Store and Use a Controlled Substance**, in violation of Title 21, United States Code, Section 856(a)(2))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
LOUIS RAMOS
Assistant United States Attorney
Bar No. 472-176
Federal Major Crimes Section
555 4th Street, N.W., Room 4243
Washington, D.C. 20503
(202) 305-2195