AO 455 (Rev 5/85)  Waiver of Indictment

# United States District Court

**FILED**
AUG 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____for the_____ DISTRICT OF ___Columbia___

UNITED STATES OF AMERICA

V.

Dc' Reese McCullogh

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR 060-01 (JR)

I, __Dereese M$^c$Cullough__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/8/07___ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____[signature]_____
Defendant

_____[signature]_____
Counsel for Defendant

Before _____[signature]_____
Judicial Officer