UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :      Criminal Case No. 07-0060(JR)

DA'REESE MCCULOUGH                :

**FILED**

AUG 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF FACTS

The parties in this case, the United States of America and the defendant, DA'REESE MCCULLOUGH, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offenses to which he is pleading guilty.

1.   On or about February 15, 2007 at approximately 8:44 a.m., officers of the Metropolitan Police Department Sixth District Warrant Squad responded to 5101 Call Place, SE, Apt. #1 because they had reason to believe that Perry Morton Kendu, an individual with an outstanding Superior Court arrest warrant for assault with intent to kill, was hiding in that apartment. Sgt. Calhoun knocked on the door and advised the defendant that she was looking for Mr. Kendu and that she had a warrant for his arrest. The defendant stated that only she and her boyfriend (and co-defendant), Vinson Gales, were present in the apartment, and invited the members of the warrant squad into her apartment to check. The defendant also confirmed that she knew Mr. Kendu and that she had seen Mr. Kendu "hanging out" outside of her apartment building.

2.   Once inside the apartment, the Sgt. Calhoun and other officers observed one green zip containing a white rock like substance on the living room coffee table. Sgt. Calhoun asked the

defendant if she would consent to a search of her apartment, and the defendant agreed and also signed a written consent to search form. The officers searched the defendant's apartment and in the bedroom they found (a) one green ziploc bag containing a white rock substance on a bedside tray table, (b) a clear plastic bag containing multiple empty green zips on top of the bedroom dresser, and (c) a small digital scale and a clear plastic bag that contained a white rock substance in the second drawer of the bedroom dresser. The officers also searched the bedroom closet, where they found a Ruger P94 9MM semi-automatic handgun with an extended magazine containing 21 rounds of 9MM ammunition, and another clear plastic bag containing white rock substance secreted inside of a vacuum cleaner's dust compartment.

3. All of the suspected narcotics was sent to the DEA Mid-Atlantic lab for analysis. The DEA made the following findings: (a) the white rock substance found on top of the coffee table was found to be cocaine base, also known as crack, weighing .54 grams, (b) the white rock substance found on top of the bedside tray table was found to be cocaine base, also known as crack cocaine, weighing .59 grams, (c) the white rock substance found in the bedroom dresser drawer was found to be cocaine base, also known as crack cocaine, weighing 14.7 grams, (d) the white rock substance found in the vacuum cleaner in the closet was found be cocaine base, also known as crack cocaine, weighing 30.4 grams.

4. The defendant was later interviewed by MPD detectives after being advised of her Miranda rights and giving a knowing waiver of those rights. During that interview the defendant stated that she was the leaseholder of apartment # 1 located at 5101 Call Place, SE. She further stated that over the course of the last year her boyfriend (and co-defendant) Mr. Gales regularly stays with her at that apartment. The defendant stated that Vinson Gales routinely brings or has delivered powder cocaine to her apartment for the purpose of mixing it with other substance, or cutting agents,

and then boiling that substance in water to make cocaine base, also known as crack cocaine. The defendant also stated that Mr. Gales would then sell the crack cocaine made in her apartment to other individuals. The defendant admitted that she has been aware of the drug Mr. Gales has been making and distributing crack cocaine in her apartment, and that he did so with her consent.

5.   The defendant stated that a few weeks before the police searched her apartment, she saw the Ruger P94 9MM semi-automatic handgun that was found in the vacuum cleaner sitting on her coffee table. The defendant stated that when she found the gun she hid it in the vacuum cleaner in the closet. The defendant further stated that the gun belonged to Mr. Gales, that she confronted Mr. Gales about bringing the gun into her apartment, that she told Mr. Gales she had hid it in the vacuum cleaner and the that he was to get it out of her apartment. Mr. Gales agreed to remove the gun from the apartment.

_____
LOUIS RAMOS
Assistant United States Attorney

_____
PAUL HUNT, Esquire
Attorney for Defendant

_____
DA'REESE MCCULOUGH
Defendant

08/08/07
_____
Date

8/8/07
_____
Date