Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. __07CR0060 (JR)__
)
__Da'Reese McCullough__ )

## NOTICE OF APPEAL

Name and address of appellant:

__Da'Reese McCullough__

**FILED**

NOV 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney:

__Paul Hunt__

Offense: __Unlawful Maintenance of Premises to Manufacture, Distribute and Use a Controlled Substance 21 USC 856(a)(2)__

Concise statement of judgment or order, giving date, and any sentence: __Judgment of Guilty Sentenced to 37 months__

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

__11/16/07__
DATE

APPELLANT
__[signature]__
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?                              YES ☐   NO ☑
Has counsel ordered transcripts?                                    YES ☐   NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?          YES ☑   NO ☐