HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

FILED
DEC 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Da'Reese McCullough                                          Docket No.: 07-CR-60

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Da'Reese McCullough  having been sentenced, on November 2, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FPC Alderson , in  Alderson, WV  by 2 p.m., on  January 10, 2008 .

12/18/07
Date

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**                           **DEFENDANT**

Revised 6-2004